SEALED FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

AUG 1 0 2007
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **07 CR 135 CVE** |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| v. | ) | |
| | ) | **INDICTMENT** |
| LARRY WAYNE BARNES, SR., | ) | [21 U.S.C. § 841(a)(1) and |
| and | ) | (b)(1)(B)(viii):  Possession of |
| LARITA ANNETTE BARNES, aka | ) | Methamphetamine with Intent to |
| "Larita Annette Clark", | ) | Distribute and Distribution; |
| | ) | 21 U.S.C. § 856: Maintaining a |
| Defendants. | ) | Location to Distribute Controlled |
| | ) | Substances; |
| | ) | 18 U.S.C. § 2: Aiding and Abetting] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2]**

On or about May 8, 2007, in the Northern District of Oklahoma, the defendants,

**LARRY WAYNE BARNES, SR.** and **LARITA ANNETTE BARNES**, aka "Larita

Annette Clark", did knowingly and intentionally possess with the intent to distribute and

distributed 50 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and Title 18, United States Code,

Section 2.

## COUNT TWO

### [21 U.S.C. § 856 and 18 U.S.C. § 2]

On or about May 8, 2007, in the Northern District of Oklahoma, **LARRY WAYNE BARNES, SR.** and **LARITA ANNETTE BARNES**, aka "Larita Annette Clark", defendants herein, did unlawfully, knowingly and intentionally open and maintain a place located at 7116 East Newton Street, Tulsa, Oklahoma, for the purpose of manufacturing, storing and distributing and using methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856 and Title 18, United States Code, Section 2.


DAVID E. O'MEILIA                                        A TRUE BILL
UNITED STATES ATTORNEY


ROBERT T. RALEY                          /s/ Grand Jury Foreperson
Assistant United States Attorney          Grand Jury Foreperson